Mark St. Angelo (CA No. 74045)
Sara A. Dutschke (CA No. 244848)
KARSHMER & ASSOCIATES
   2150 Shattuck Avenue, Suite 725
   Berkeley, CA 97404-1347
   Telephone: 510-841-5056
   Facsimile: 510-841-6167
   E-mail: msa@karshmerindianlaw.com

Attorneys for Plaintiff
  Elem Indian Colony of Pomo Indians

Timothy W. Bergin (DC No. 249094)
HALL, ESTILL, HARDWICK, GABLE, GOLDEN
  & NELSON, P.C.
   1120 20th Street, N.W., Suite 700, North Building
   Washington, D.C, 20036-3406
   Telephone: 202-973-1224
   Facsimile:  202-973-1212
   E-mail:  tbergin@hallestill.com

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELEM INDIAN COLONY OF POMO INDIANS, a federally recognized Indian tribe, <br><br>    Plaintiff, <br><br>v. <br><br>PACIFIC DEVELOPMENT PARTNERS X, LLC, a South Carolina limited liability company; et al., <br><br>    Defendants. | No. C-09-01044 CRB <br><br>**STIPULATION REGARDING BRIEFING SCHEDULE AND TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE AND ALL OTHER DATES AND DEADLINES, AND [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED AND AGREED between and among the parties to this action, by and through their respective undersigned attorneys, as follows:

1. The complaint in this action was filed after the initiation of an arbitration proceeding. The complaint seeks a declaratory judgment that the contract on which the arbitration was based is void, and injunctive relief preventing the arbitration from going forward. Pursuant to agreement between and among the parties, that arbitration is being held in abeyance pending a ruling from this Court on the cross-motions

for summary judgment referred to below.

2. It would facilitate the just, speedy and inexpensive resolution of this matter for the Court to resolve this matter through cross-motions for summary judgment, and the remaining parties (the complaint already has been dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) as against defendant American Arbitration Association, Inc.) presently do not believe that any discovery is required in order to enable such motions to be filed (although each party reserves its rights in the event that discovery on one or more particular points later appears to be necessary).

3. The following briefing schedule should apply to the filing and hearing of cross-motions for summary judgment:

Deadline for plaintiff to file motion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . April 3, 2009
Deadline for defendants to file opposition and cross-motion . . . . . . . . . . . . . . . . . . . . . . May 1, 2009
Deadline for filing plaintiff to file a reply and an opposition to the cross-motion . . . . May 15, 2009
Deadline for defendants to file a reply in support of the cross-motion . . . . . . . . . . . . May 29, 2009
Hearing date (subject to availability of the Court) . . . . . . . . . . . . . . . . . . . . . . . . . . . June 12, 2009

4. It would facilitate the just, speedy and inexpensive resolution of this matter for the Court to continue all other dates and deadlines in this case, including the time for the remaining defendants to file an answer to the complaint, the Initial Case Management Conference, the deadline for compliance with ADR L.R. 3-5, and the deadline for compliance with Fed. R. Civ. P. 26(a) and (f), until such later date(s) as this Court may order if it perceives a need for further proceedings in this case after ruling on the cross-motions for summary judgment.

Respectfully submitted,

KARSHMER & ASSOCIATES                    HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.


/s/ Mark St. Angelo                      /s/ Timothy W. Bergin
Mark St. Angelo                          Timothy W. Bergin
Attorneys for Plaintiff                  Attorneys for Defendants
    Elem Indian Colony of Pomo Indians       Pacific Tribal Partners, LLC
                                             Pacific Development Partners X, LLC


Dated:     31 Mar 09                     Dated:       March 31, 2009

**O R D E R**

Pursuant to stipulation, IT IS SO ORDERED.

Dated:  April 3, 2009



Hon. CHARLES R. BREYER
United States District Judge